**Order filed March 26, 2015.**



**In The**

# Fourteenth Court of Appeals

—————————

**NO. 14-14-00925-CV**

—————————

## IN THE INTEREST OF T.B., A CHILD

**On Appeal from the 387th District Court
Fort Bend County, Texas
Trial Court Cause No. 12-DCV-198516**

## ORDER

On December 9, 2014, we abated the appeal for sixty days and referred the case to mediation. *See* Tex. Civ. Prac. & Rem. Code §§ 154.021—.073. On February 12, 2015, we granted appellant's motion to extend the abatement period until March 9, 2015 because mediation was scheduled for March 5, 2015. Our order required the parties to advise the court whether the case settled. To date, we have not been advised that the case settled. Accordingly, we issue the following order:

The court **ORDERS** the appeal **REINSTATED.** Appellant's brief is due on or before **April 24, 2015.**

PER CURIAM